IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

LYNNETTE D. LOWREY                 PLAINTIFF

v.          Civil No. 08-3010

MICHAEL J. ASTRUE, Commissioner
SOCIAL SECURITY ADMINISTRATION           DEFENDANT

### ORDER

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper. The United States District Clerk is hereby directed to file the complaint *nunc pro tunc* as of January 18, 2008.

Plaintiff's in forma pauperis application will be returned without filing because the application requires further clarification. In response to question 2, plaintiff has indicated that she is employed at Baxter Retirement Village. She does not, however, include her wages in response to this question. Then, in answering question 3, she has indicated that she "tried to work 2 mos. @ Baxter Retirement +-1000.00 gross." Given her responses it is not clear to this court whether plaintiff is currently working or worked for a mere 2 months. It is also not clear whether plaintiff's reported gross wages were for one week, two weeks, one month, or for the entire 2 month period.

In addition, plaintiff indicates that Chris Sebree is dependent upon her for support but does not state her relationship to this individual or the amount she expends for his/her support. As such, the clerk is directed to return the original application to plaintiff's counsel with directions to provide the aforementioned clarification. Plaintiff is hereby directed to file this amended application on or before February 4, 2008. Should plaintiff fail to comply within the required

AO72A
(Rev. 8/82)

period of time, her complaint will become subject to summary dismissal for failure to obey a court order.

**Service shall not issue in this matter until a completed *in forma pauperis* application has been returned to the court.**

IT IS SO ORDERED this the 23rd day of January 2008.

*/s/ J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE